NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHRISTOPHER RUSSELL,                )
                                    )
           Appellant,               )
                                    )
v.                                  )        Case No. 2D17-3155
                                    )
STATE OF FLORIDA,                   )
                                    )
           Appellee.                )
_____)

Opinion filed March 16, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Michael F. Andrews,
Judge.

Christopher Russell, pro se.


PER CURIAM.


           Affirmed.


VILLANTI, BLACK, and SALARIO, JJ., Concur.